**Dismiss and Opinion Filed June 9, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00906-CV

**MONIQUE DEGENSTEIN, Appellant**
**V.**
**DONALD MILTON SMITH, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-04320**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Garcia

After appellant failed to timely file her brief, we directed appellant by postcard dated March 25, 2022 to file her brief within ten days and cautioned her that failure to do so would result in the dismissal of this appeal without further notice.[1] *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

---

[1] By orders dated March 11, 2022 and April 29, 2022, we denied appellant's counsel's motion to withdraw for failure to comply with rule 6.5 of the Texas Rules of Appellate Procedure. In both motions, appellant's counsel stated Ms. Degenstein had discharged counsel. The notice regarding the overdue brief was sent to Ms. Degenstein at her last known address.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).


210906f.p05

/Dennise Garcia/
DENNISE GARCIA
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MONIQUE DEGENSTEIN,
Appellant

No. 05-21-00906-CV        V.

DONALD MILTON SMITH, ET
AL., Appellees

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-04320.
Opinion delivered by Justice Garcia.
Justices Molberg and Reichek
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 9th day of June, 2022.